# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELIX PINEDA MARQUEZ<br>5950 Piney Branch Rd NW<br>Washington, DC 20011<br><br>    Plaintiff,<br><br>v.<br><br>TAMAKIN, INC.<br>D/B/A YOSAKU RESTAURANT SUSHI, et al.<br>4712 Wisconsin Ave.<br>Washington, DC 20016<br><br>    and<br><br>KIYOTO KONDO<br>7512 Whittier Boulevard<br>Bethesda, MD 20817<br><br>    Defendants. | Case No.: 20-1766-RMM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that: (1) Plaintiff dismisses its Complaint in this case with prejudice, each party to bear its own expenses, and (2) this case be and is hereby dismissed.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael K. Amster<br>Michael K. Amster, Esq.<br>DC Bar No. 1001110<br>Zipin, Amster & Greenberg LLC<br>8757 Georgia Ave., Suite #400<br>Silver Spring, Maryland 20910 | /s/ Paul S. Thaler<br>Paul S. Thaler, Esq.<br>DC Bar No. 416614<br>Cohen Seglias Pallas Greenhall & Furman PC<br>900 Seventh Street, NW, Suite 725<br>Washington, DC 20001 |

| | |
|---|---|
| mamster@zagfirm.com<br>Phone: 301-812-4744<br>*Counsel for Plaintiff*<br>*Felix Pineda Marquez* | pthaler@cohenseglias.com<br>Phone: 202.466.4110<br>*Counsel for Defendants Tamakin, Inc. d/b/a*<br>*Yosaku Restaurant and Kiyoto Kondo* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of December 2020, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served by ECF on all counsel of record.

_____/s/_____
Michael K. Amster